JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **City of San Juan Capistrano**, | Case No. SACV 17-01096 AG (Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **California Public Utilities Commission et al.**, | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiff.

Dated October 16, 2017

Hon. Andrew J. Guilford
United States District Judge